IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:15-CR-9-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LANN TJUAN CLANTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

To facilitate the court's planning with respect to any pretrial detention hearings in this case, the government shall file by 6:00 p.m. today a notice identifying the defendants as to whom it expects to move for pretrial detention. Such specification would be without prejudice to the government's changing its position with respect to the detention of any defendant.

Also, in the event the government seeks the detention of a substantial number of the defendants and to the extent permitted by law, the court may elect to hold the detention hearings at up to three sessions, each session including the consolidated detention hearings of a specified group of defendants, rather than at a single session including the detention hearings for all the defendants as to whom detention is sought. Therefore, the government's notice shall state the government's position regarding the conduct of detention hearings at up to three sessions and any groupings of defendants by session the government suggests would best promote judicial efficiency based on such considerations as commonality of evidence relating to the defendants.

SO ORDERED, this the 30th day of April 2015.

_____
James E. Gates
United States Magistrate Judge