IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:15-CR-9-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| LANN TJUAN CLANTON (1), | ) |
| IKEISHA JACOBS (2), | ) |
| JASON BOONE (3), | ) |
| WARDIE VINCENT, JR (4), | ) |
| ADRIENNE MOODY (5), | ) |
| CORY JACKSON (6), | ) |
| JIMMY PAIR, JR (7), | )   A M E N D E D   O R D E R |
| CURTIS BOONE (8), | ) |
| ANTONIO TILLMON (9), | ) |
| ALAINA KAMLING (10), | ) |
| KAVON PHILLIPS (11), | ) |
| CRYSTAL PIERCE (12), | ) |
| ALPHONSO PONTON (13), | ) |
| THOMAS JEFFERSON ALLEN, II (14), | ) |
| TOSHA DAILEY (15), | ) |
| | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on the government's motion to extend pretrial deadlines and continue the defendants' arraignments. For good cause shown, the government's motion is GRANTED without prejudice to the defendants' right to seek additional time, if necessary. The Scheduling Order previously entered in this action is amended to provide the following deadlines

1. The parties shall conduct a pretrial conference pursuant to Local Criminal Rule 16.1 on or before May 29, 2015.

2. Pretrial motions shall be filed on or before August 15, 2015.

3. Any responses to pretrial motions shall be filed by August 30, 2015.

4. The arraignment of the defendants shall be set for the court's September 9, 2015, criminal term in Greenville.

In all other respects, the Scheduling Order previously entered shall remain in full force and effect.

The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

This the 27th day of May 2015.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge

2

Case 2:15-cr-00009-H   Document 230   Filed 05/27/15   Page 2 of 2