PS-8
8/88

## UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lann Tjuan Clanton**                                    **Docket No. 2:15-CR-9-1 H**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Lann Tjuan Clanton, who was placed under pretrial release supervision by the Honorable Malcolm J. Howard, Senior U.S. District Judge, sitting in the Court at Greenville, on the 1st day of September, 2015

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was placed on home confinement and has been participating in the location monitoring program. He has complied with all rules and regulations of said program and all drug screens have been negative. However, due to his remote location, his telephone system is not working properly on a consistent basis. This is not believed to be deliberate or the defendant's fault. Due to this and his exemplary adjustment to supervision thus far, we recommend his conditions be modified to include home detention without electronic monitoring. The probation office will monitor this condition through random phone calls and home visits.

### PRAYING THAT THE COURT WILL ORDER

The defendant is placed on home detention without electronic monitoring. The defendant will be restricted to his residence at all times except for employment; education; religious services; medical services; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the probation officer.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/Bentley H. Massey
> Bentley H. Massey
> Senior U.S. Probation Officer
> 310 New Bern Avenue, Room 610,
> Raleigh, NC 27601-1441
> Phone: 919-861-8815
> Executed On: October 13, 2015

### ORDER OF THE COURT

Considered and ~~ordered~~ the _____ day of October 2015, and ordered, filed, and made part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge