IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| 2:15-CR-9-H-1 | 2:15-CR-9-H-8 |
| 2:15-CR-9-H-3 | 2:15-CR-9-H-10 |
| 2:15-CR-9-H-4 | 2:15-CR-9-H-11 |
| 2:15-CR-9-H-5 | 2:15-CR-9-H-13 |
| 2:15-CR-9-H-6 | 2:15-CR-9-H-14 |
| 2:15-CR-9-H-7 | 2:15-CR-9-H-15 |

UNITED STATES OF AMERICA,    )
                             )
     v.                      )
                             )
LANN TJUAN CLANTON,          )
JASON BOONE,                 )
WARDIE VINCENT, JR.,         )
ADRIENNE MOODY,              )     **ORDER DIRECTING EXPEDITED**
CORY JACKSON,                )     **RESPONSE AND STAY OF**
JIMMY PAIR JR.,              )     **DEFENDANTS' DEADLINE FOR**
CURTIS BOONE,                )     **FILING OBJECTIONS TO THE**
ALAINA SUE-KAM-LING,         )     **PRESENTENCE REPORTS**
KAVON PHILLIPS,              )
ALPHONSO PONTON,             )
THOMAS JEFFERSON ALLEN II,   )
and TOSHA ROCHELLE DAILEY,   )
     Defendants.             )

This matter is before the court on the above-captioned defendants' motions to continue sentencing hearing, [D.E. #556 and #557]. Due to the exigency of the issue raised in these motions, the government is directed to file an expedited response, if any, no later than **Tuesday, May 31, 2016**.

Defendants' time for filing objections to the presentence report shall be stayed until further order from this court

disposing of defendants' motions and setting a new deadline for defendants to file objections to the presentence reports.

This 26th day of May 2016.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34