UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CRIMINAL NO. 2:15-CR-9-1H
CIVIL NO. 2:18-CV-20-H

| | |
|---|---|
| LANN TJUAN CLANTON, ) | |
| Petitioner, ) | |
| v. ) | ORDER |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 7th day of August, 2018.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE