IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:15-CR-9-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  **ORDER** |
| LANN CLANTON, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on defendant's letter, which this court construes as a motion seeking release from imprisonment due to the COVID-19 pandemic [DE #933]. The court acknowledges the fear and anxiety being experienced by the general public, and in particular, by those confined to prison during this pandemic. However, defendant has shown no legal basis for his motion. Therefore, the motion for release is DENIED.

This 6th day of May 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26