IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CR-9-1H
No. 2:18-CV-20-H

LANN TJUAN CLANTON,                    )
                                       )
        Petitioner,                    )
                                       )
                                       )
    v.                                 )          **ORDER**
                                       )
                                       )
UNITED STATES OF AMERICA,              )
                                       )
        Respondent.                    )


Before the court are Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 and the Government's motion to dismiss. These motions have been referred to the undersigned for an evidentiary hearing and memorandum and recommendation by Senior United States District Judge Malcolm J. Howard. Counsel are directed to confer and to submit to the court, on or before **June 30, 2020**, a joint report containing the following information:

1.     a list of the claims raised by Petitioner;

2.     any requests for amendment or supplemental briefing and a proposed timeframe for submission of such;

3.     the claims as to which the parties anticipate offering evidence;

4.     a list of the witnesses each party anticipates calling to testify at the hearing;

5.  in light of potential health risks associated with the COVID-19 pandemic:

a.  whether the presentation of witness testimony should be conducted by videoconference or other similar means; and

b.  whether Petitioner intends to be present in court for the hearing or to participate by videoconference or other similar means; and

6.  at least three potential dates and the estimated time for hearing of Petitioner's claims.

This 19th day of May 2020.

KIMBERLY A. SWANK
United States Magistrate Judge