IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Criminal No. 2:15-CR-9-1FL

Civil No. 2:23-CV-48-FL

| | | |
|---|---|---|
| LANN TJUAN CLANTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, **within 40 days** of the filing of this order.

SO ORDERED, this the 25th day of August, 2023.

                                                        LOUISE W. FLANAGAN
                                                        United States District Judge