IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-9-FL-1
No. 2:23-CV-48-FL

| | |
|---|---|
| LANN TJUAN CLANTON, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA | ) |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., (DE 1097) recommending that petitioner's motion to vacate under 28 U.S.C. § 2255 (DE 1059) be dismissed and the government's motion to dismiss (DE 1069) be granted. No objections to the M&R have been filed, and the time for objections has expired. This matter is ripe for ruling.[1]

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, petitioner's motion to vacate is DISMISSED, the government's motion to dismiss is GRANTED, and this matter is DISMISSED for the reasons stated in the M&R. A certificate of appealability is DENIED, where the applicable standard has not been met. See 28 U.S.C. § 2253(c). The clerk of court is directed to close the case.

SO ORDERED, this the 7th day of November, 2024.

LOUISE W. FLANAGAN
United States District Judge

---

[1] Also pending is petitioner's motion for compassionate release under the First Step Act (DE 1053), which will be addressed by separate order.